IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TOMMY L.**, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:22-CV-2882-L** |
| § | |
| **KILOLO KIJAKAZI,** Acting § | |
| Commissioner of the Social Security § | |
| Administration**,** § | |
| § | |
| Defendant. § | |

# ORDER

On January 29, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge Renee Toliver (Doc. 15) ("Report") was entered, recommending that the court **reverse** the decision of the Acting Commissioner of the Social Security Administration ("Commissioner") and **remand** the action for further proceedings consistent with her Report. Specifically, the Report concludes that the Administrative Law Judge ("ALJ") erred in his residual function capacity ("RFC") determination and that the error was not harmless. Report 6. No objections were filed to the report.

After reviewing the Report, pleadings, file, record, and applicable law, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this case is **remanded** for further proceedings consistent with the findings and conclusions set forth in the Report. The clerk of court is **directed** to effect the remand in accordance with the usual procedure.

**It is so ordered** this 22nd day of February, 2024.

Sam A. Lindsay
United States District Judge