IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOMMY L., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:22-CV-2882-L** |
| | § | |
| **MARTIN O'MALLEY,** | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 3, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge Renee Toliver (Doc. 22) ("Report") was entered, recommending that the court **grant** Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("Motion") (Doc. 20), filed May 22, 2024, and **award** him attorneys' fees in the amount of $8,189.12 and reimbursement of the $402.00 filing fee, a total award of $8,531.12. On June 3, 2024, the Commissioner of the Social Security Administration ("Commissioner") filed a Response (Doc. 21) to Plaintiff's Motion stating that he was unopposed. Report 22. No objections were filed to the report.

After reviewing the Report, Motion, Response, file, record, and applicable law, the court determines that the magistrate judge's findings and conclusions are correct and **accepts** them as those of the court. Accordingly, Plaintiff's Motion is **granted,** and Commissioner is **ordered** to pay Plaintiff attorney's fees and costs in the amount of $8,531.12. The payment is to be forwarded to the Attention of Mr. Michael T. Kelly, Morgan & Weisbrod, PO Box 821329 Dallas, Texas 75382.

**It is so ordered** this 12th day of June, 2024.

_____
Sam A. Lindsay
United States District Judge