IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TOMMY LUCKETT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:22-CV-2882-L-BK** |
| | § | |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

On April 28, 2026, the United States Magistrate Judge entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 26) ("Report"), recommending that the court grant Plaintiff's Motion for Award of Attorney Fees under 406(b) of the Social Security Act (Doc. 24), filed November 11, 2025, and award Plaintiff reasonable attorney's fees totaling $34,681. The Report further recommends that Plaintiff's counsel, upon receipt of this award, be required to promptly remit to Plaintiff $8,531.12, the amount of the attorney's fees previously awarded in this case under the Equal Access to Justice Act ("EAJA"). Defendant took no position on Plaintiff's motion and did not file objections to the Report.

Having considered the motion, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion for Award of Attorney Fees under 406(b) of the Social Security Act (Doc. 24); **awards** Plaintiff reasonable attorney's fees totaling **$34,681**; and **directs** Plaintiff's counsel to forthwith remit to Plaintiff **$8,531.12**, which represents the amount of fees that were previously awarded in this case under the EAJA.

**It is so ordered** this 31st day of August, 2026.

Sam A. Lindsay
United States District Judge